**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**PUBLISH**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**July 23, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DARNELL TYREE-PEPPERS,

    Defendant - Appellant.

No. 23-3171
(D.C. No. 5:17-CR-40085-TC-1)
(D. Kan.)

_____

**ORDER**
_____

Before **HARTZ**, **EID**, and **CARSON**, Circuit Judges.
_____

This matter is before the court on the parties' *Joint Motion to Vacate Decision for Lack of Jurisdiction* (Motion). Upon careful consideration, the motion is GRANTED as follows.

Our June 24, 2024 judgment and opinion in this matter are VACATED, and this matter is DISMISSED AS MOOT. This order removes both the *res judicata* and *stare decisis* effect of the vacated judgment and opinion. "We do not depublish our opinion, however, because such action would not have additional legal effect and the opinion may

be useful to someone in the future simply as a description of the course of the case." *City Ctr. W., LP v. Am. Mod. Home Ins. Co.*, 749 F.3d 912, 914 (10th Cir. 2014) (internal quotation marks and citations omitted).

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk